UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY DIANE ALVA,<br>　　　　Plaintiff,<br>　　v.<br>NANCY A BERRYHILL,<br>　　　　Defendant. | Case No. 18-cv-04502-KAW<br><br>**ORDER TO SHOW CAUSE** |

On July 25, 2018, Plaintiff Nancy Diane Alva filed this case seeking review of a final decision of the Commissioner of Social Security. (Compl., Dkt. No. 1.) Defendant's answer was filed on December 19, 2018. Pursuant to Civil Local Rule 16-5 and the scheduling order, Plaintiff's motion for summary judgment was due within 28 days of service of Defendant's answer. (*See* Dkt. No. 5.) Accordingly, Plaintiff's motion for summary judgment was due by January 16, 2019.

As of the date of this order, Plaintiff has not filed her motion for summary judgment. Accordingly, the Court ORDERS Plaintiff to show cause, by **February 8, 2019**, why this case should not be dismissed for failure to prosecute by filing her motion for summary judgment or a request for an extension of time.

IT IS SO ORDERED.

Dated: January 28, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge